[Nos. 26898-5-III; 26974-4-III.   Division Three.   July 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES CARL METCALF, *Appellant*.

*In the Matter of the Personal Restraint of* JAMES CARL METCALF, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-00874-4, Kathleen M. O'Connor, J., entered February 19, 2008, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 26949-3-III.   Division Three.   July 2, 2009.]

*In the Matter of the Termination of* J.H.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 07-7-00035-1, Rebecca M. Baker, J., entered February 1, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Korsmo, J.

[No. 26959-1-III.   Division Three.   July 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LATISHA STARR FRANCIS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-02671-2, Michael P. Price, J., entered March 13, 2008. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Brown, J.